JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN CECILIA ESCOBAR,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No: 2:20-cv-04616-MAA<br><br>**JUDGMENT** |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE: 12/01/20

_____
THE HONORABLE MARIA A. AUDERO
United States Magistrate Judge

-1-