Rebecca C. Padilla, SBN: 248605
**POTTER, COHEN, SAMULON**
**& PADILLA**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CARMEN CECILIA ESCOBAR, | ) | Case No.:  CV 20-04616 MAA |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **ORDER AWARDING EQUAL** |
| vs. | ) | **ACCESS TO JUSTICE ACT** |
|  | ) | **ATTORNEY FEES PURSUANT TO** |
| ANDREW SAUL, Commissioner of | ) | **28 U.S.C. § 2412(d)** |
| Social Security, | ) |  |
|  | ) |  |
| Defendant | ) |  |

 Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

 **IT IS ORDERED** that the Commissioner shall pay the amount of $1,033.00 (One Thousand Thirty-Three Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: 12/10/20

            _____
            HONORABLE MARIA A. AUDERO
            UNITED STATES MAGISTRATE JUDGE